666

38 So.2d 197

**Fred BRIDGES v. STATE.**

**6 Div. 709.**

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

39 So.2d 54

**Leon BRITNELL v. STATE.**

**8 Div. 720.**

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

39 So.2d 924

**Frank BROCOTO v. CITY OF BIRMINGHAM.**

**6 Div. 641.**

Court of Appeals of Alabama.
March 1, 1949.

G. Ernest Jones, of Birmingham, for appellant.

Chas. H. Brown, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

41 So.2d 916

**Willard BROOKS v. STATE.**

**7 Div. 992.**

Court of Appeals of Alabama.
June 7, 1949.

Chas. Douglass, of Anniston, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

42 So.2d 845

**Pruitt BUSBY v. STATE.**

**I Div. 593.**

Court of Appeals of Alabama.
Nov. 22, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

42 So.2d 845

**Floyd BUTLER v. STATE.**

**4 Div. 94.**

Court of Appeals of Alabama.
Nov. 15, 1949.

L. H. Walden, of Montgomery, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.